FILED

2018 SEP 26 PM 1: 29

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGE PEARSON** |
| v. ) | |
| ) | CASE NO. 1:18 CR 559 |
| RONDEL P. WYLIE, ) | Title 18, Sections 922(g)(1), |
| ) | 924(a)(2) and (d)(1), United |
| Defendant. ) | States Code; Title 28, Section |
| ) | 2461(c), United States Code |
| ) | |

COUNT 1
(Felon in Possession of Firearm and Ammunition,
in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

1. On or about August 16, 2018, in the Northern District of Ohio, Eastern Division, Defendant RONDEL P. WYLIE, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Attempted Robbery in the Cuyahoga County Common Pleas Court, Case Number CR-00-394554-A, on or about February 28, 2001; Aggravated Assault and Domestic Violence in the Cuyahoga County Common Pleas Court, Case Number CR-10-540895-A, on or about February 10, 2011; and Conspiracy to Possess with Intent to Distribute Cocaine Base, United States Northern District Court of Ohio, Case Number 1:03CR00486, on or about November 15, 2004, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Kimber, Model Master Carry Ultra, .45 caliber pistol, serial number KU218935 firearm, and seven (7) rounds of ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant RONDEL P. WYLIE shall forfeit to the United States any and all property (including firearms and ammunition) involved in or used in the commission of such violation; including, but not limited to, the following: a Kimber, Model Master Carry Ultra, .45 caliber pistol, serial number KU218935 firearm, and seven (7) rounds of ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.